# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**TIYARI R. HOGAN,**

     **Petitioner,**

**v.**                                                              **Case No. 3:24cv229-MCR-HTC**

**RICKY DIXON,**

     **Respondent.**

_____/

## <u>ORDER</u>

The Magistrate Judge issued a Report and Recommendation on December 31, 2025.  ECF No. 14.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1.      The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2.    The Petition under 28 U.S.C. § 2254, ECF No. 1, is DENIED WITH

PREJUDICE without an evidentiary hearing because Hogan failed to exhaust his

state remedies and his claims are procedurally defaulted.

3.    A certificate of appealability is DENIED.

4.    The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 24th day of March 2026.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv229-MCR-HTC